UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Rudell E. Johnson
                Plaintiff,

v.                                   Case No.: 1:22−cv−05697
                                        Honorable John Robert Blakey

LJ Ross Associates, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' representations, the Court hereby sets initial case management dates as follows: the parties shall exchange Rule 26(a)(1) disclosures by 1/6/23, issue written discovery by 1/31/23, amend their pleadings (to add claims, parties, etc.) by 3/1/23, and complete fact discovery by 6/16/23. The parties shall file an updated status report by 6/30/23 confirming that fact discovery is complete and indicating definitively whether either party will require expert discovery or seek summary judgment. To the extent she has not already done so, Plaintiff shall make a formal written settlement demand by 6/21/23, Defendant shall respond (in writing) by 6/26/23, and the parties shall confirm in their 6/30/23 status report that they have complied with this aspect of the Court's order. If at any time the parties agree that a settlement conference with the assigned Magistrate Judge could be productive, they should call chambers to so advise, and the Court will enter an appropriate referral order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.